NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 25 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> FRANK IGLESIAS, <br><br> Defendant - Appellant. | No. 24-4886 <br><br> D.C. No. <br> 2:05-cr-00232-DMG-1 <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the Central District of California
Dolly M. Gee, District Judge, Presiding

Submitted April 22, 2025[**]

Before:    GRABER, H.A. THOMAS, and JOHNSTONE, Circuit Judges.

Frank Iglesias appeals pro se from the district court's order denying his

motion for early termination of supervised release under 18 U.S.C. § 3583(e)(1).

We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Contrary to Iglesias's assertion, the district court applied the correct legal

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

standard and did not abuse its discretion in concluding that termination of supervised release was not in the "interest of justice" under the relevant 18 U.S.C. § 3553(a) factors. *See* 18 U.S.C. § 3583(e)(1); *United States v. Emmett*, 749 F.3d 817, 819 (9th Cir. 2014). Moreover, the court sufficiently explained its decision. *See Emmett*, 749 F.3d at 820-21.

**AFFIRMED.**